ALEXANDER MCINTOSH, Respondent, v. FANNIE JENKINS et al., Appellants.— In an action to recover damages for injuries to person and property as the result of an automobile collision, defendants appeal from a judgment entered on the verdict of a jury in favor of plaintiff. Judgment reversed on the facts and a new trial granted, with costs to abide the event. The verdict is against the weight of the evidence. Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.